## Stanley A. Nelson, Appellee, v. R. Berry Roofing Company, Appellant.

Gen. No. 46,269. 

F. Lesch, and William Vihon, for appellant; William Vihon, of counsel; Robert E. Dunne, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed October 19, 1954; released for publication January 4, 1955.